Tahirah H. Clark, Esq.
PO Box 223
Deposit, NY 13754
Telephone: 607.205.8852
Facsimile:  607.467.4677
E-Mail:  Legal@iqou-moa.org

*Attorney for Plaintiff*

United States District Court
For The
Northern District of New York

| | |
|---|---|
| The Muslims of America, Inc.<br><br>                  Plaintiff,<br><br>     v.<br><br>Martin J. Mawyer; Patti A. Pierucci and<br>Christian Action Network<br><br>                  Defendants. | Civil Action No. <u>3:13-CV-0169</u>(TJM/DEP) |

## COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action against Martin J. Mawyer, Christian Action Network, and Patti A. Pierucci

defendants, for the malicious, repetitious, and continuous, pronouncements and publication of

defamatory statements against Plaintiff.  The provocative and defamatory statements were

included in the book : Twilight in America: the Untold Story of Islamic Terrorist Training Camps

in America, authored by Martin J. Mawyer and Patti Pierucci, (October 2012), uttered by

Mawyer on various media outlets including Fox News (October 2012) and posted on CAN's

website www.christianaction.org at various dates and times.

2. Plaintiff has sustained substantial, incalculable and irreparable harm, contempt, and ridicule to reputation, resulting from the unrelenting false and negative spotlight projected on them by defendants.  Defendants' defamatory statements have served to cause fear and hatred to flourish against Plaintiff while inciting violence and putting the lives of Plaintiff's members in danger for the purpose of monetary enrichment.  Plaintiff seeks injunctive relief preventing further publication and sale of Twilight, retraction of all defamatory statements regarding Plaintiff on CAN's official website, and Attorney's fees and cost.

## JURISDICTION AND VENUE

3. This Court enjoys subject matter jurisdiction over this action under 28 U.S.C. § 1332(a) (1) because the Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.

4. This Court enjoys personal jurisdiction over the Defendants because the false and defamatory statements made by Defendants were published in the State of New York, and the Plaintiff-target of the defamatory statements was and remains a New York State Religious Corporation with its principal place of worship located in New York.

5. This Court enjoys venue under 28 U.S.C. § 1391(a)(2) because all or a substantial portion of the events that gave rise to Plaintiff's claims transpired in the State of New York, including the publication or republication of the defamatory falsehoods and the damage to Plaintiff's reputation.

## PARTIES

### Plaintiff

6. The Muslims of Americas, Inc. (hereinafter referenced "MOA") or Muslims of the Americas, Inc. at all times herein was a New York religious corporation founded on or around 1985. Its principal place of worship is located in Hancock, New York.

### Defendants

7. Martin J. Mawyer (hereinafter referenced "Mawyer") is a citizen of the United States of America. On information and belief Defendant Mawyer resides and conducts business in Lynchburg, VA. At all times herein he was the founder and President of the Christian Action Network. Mawyer is the author of Twilight in America: the Untold Story of Islamic Terrorist Training Camps inside America, (hereinafter referenced "Twilight").

8. Patti A. Pierucci (hereinafter referenced "Pierucci") is a citizen of the United States of America. Pierucci co-authored the book, Twilight. That upon information and belief Pierucci is a former journalist, author and ghostwriter and resides in AltaVista, Virginia. Pierucci has collaborated on several projects with Mawyer including the 2011 documentary entitled Sacrificed Survivors: The Untold Story of the Ground Zero Mega-Mosque.

9. Christian Action Network (hereinafter referenced "CAN") is a nonprofit corporation with federal 501c3 tax exempt status organized under the laws of the Commonwealth of Virginia. CAN was founded in 1990 by Mawyer. Upon information and belief CAN's principal office is located at 117A Northwynd Circle, Lynchburg, VA, 24502.

## STATEMENT OF FACTS

10. Plaintiff and its congregation are the victims of relentless and pernicious defamation by defendants through the use of the CAN website and the publication of Twilight.

3

11. Prior to its official formation, Plaintiff was a Muslim congregation situated within the heart of inner city communities and exposed to all of their horrors and devastating effects. In an attempt to remove and protect itself from the immoral effect and pitfalls of this worsening environment, Plaintiff invested in 60 acres of rural property in Hancock, New York for the purpose of providing a safe haven for American Muslims to raise families while establishing a peaceful community free from harmful elements such as those occurring in the inner cities in the 1980s.

12. Upon information and belief during the foregoing years from 1984 until the present members of MOA left the inner cities and purchased land in rural areas throughout the United States for the above stated reasons.

13. Plaintiff's members currently live throughout North America including in twelve rural communities located in Georgia, Michigan, New York, South Carolina, Virginia, Tennessee, Texas, Canada, and Trinidad.

14. Plaintiff's owns two parcels of land in New York.

15. At all-time herein Plaintiff has counseled and encouraged its members and residents of its villages to abide by the laws of the United States and avoid criminal, immoral, and anti-social behavior.

16. Members of the plaintiff's congregation are well educated and successful. Among the community there are lawyers, physicians, engineers, nurse practitioners, educators, tradesmen, farmers and business people.

17. All locations hold regular events which are opened to the public. The events include workshops, seminars, children's activities and interfaith outreach. One of the most widely

4

attended events takes place annually and celebrates the commonality between Muslims and Christians. MOA has launched an initiative called the United Muslim Christian Forum.

18. Defendant Mawyer founded CAN in 1990. Mawyer publishes blogs and articles about plaintiff on the website: www.christianaction.org.

19. Defendant CAN is a self-proclaimed "public advocacy and education organization based on biblical principles, values, traditions and American ideals". www.christianaction.org Defendant Pierucci is an editor for www.christianaction.org.

20. Defendants Mawyer and CAN have devoted the past decade to waging excessive divisive and intolerable attacks against Plaintiff. These nefarious, malicious, and systematic attacks perpetrated against Plaintiff were supported through the use of media, including documentaries, books, and the internet.

21. Upon information and belief since the early 2000s, Defendants have systemically engaged in a series of harassing behaviors toward the plaintiff including but not limited to:

a.) During November of 2006, Mawyer unsuccessfully launched a hostile and inflamed protest against the naming of the private road leading onto property where members of MOA lived in Red House, VA.

b.) During this same period defendants Mawyer and CAN arranged for bundles of 2,500 leaflets titled "Get Rid of Sheikh Gilani Lane" to be dropped from a low flying airplane onto the Red House, Virginia property of one of Plaintiff's members. The materials were produced by CAN. It did so without regard for the safety of the children who were playing in their yards. Mawyer further claimed in a press release that "...any group that will dare drop 2,500 fliers over a terrorist compound is not backing down anytime

soon."

c.) Upon information and belief, on June 4, 2008, CAN paid two Hooters waitresses to accompany one of its members to visit a pottery shop owned by a member of MOA and located in Commerce, Georgia. The Hooters waitresses and CAN operative entered the shop under the pretense of one waitress wanting to take a pottery class. In fact, this ruse was for the express purpose of gaining proximity to Plaintiff's member to pursue and harass him with offensive and unwelcome questions to gain footage for another incendiary and defamatory CAN documentary.

22. Defendants escalated its conduct and by 2009 Mawyer released the so-called documentary, Homegrown Jihad: Terrorist Camps Around U.S. This publication signaled a surge in focus by Mawyer and CAN who continued their attack against Islam in the United States and against Plaintiff in particular.

23. The basis of Defendants Mawyer and CAN's attacks against Plaintiff center on their bold, public and false campaign alleging that plaintiff is a murdering, thieving terror organization and runs terror training camps.

24. To date, Defendant Mawyer has appeared on The O'Reilly Factor, Hannity, Larry King Live, Pat Robertson's 700 Club, NBC's Today Show, Entertainment Tonight and Fox and Friends where he continues spreading various sensational, erroneous theories and presents them as fact.

25. Twilight is a 293-page book authored by Mawyer and co-authored by Pierucci.

26. Twilight's cover page is a picture containing a backdrop of a cloudy sky with Arabic wording at the top of the page and an eerie splattering of blood across the Arabic. Superimposed in

oversized font is the title "Twilight in America" with subtitle in traditional font: "The Untold Story of Islamic Terrorist Training Camps Inside America". The names of the authors hang over a sliver of the American flag. Please see annexed hereto "Exhibit A."

27. The deliberate use of the phrase "terrorist training camps in America" in the sub-title of Twilight and on its cover is a calculating reference to property owned by plaintiffs.

28. Upon information and belief Twilight's date of publication was on or around October 2012.

29. Twilight is both promoted and available for purchase via the shop on the CAN website: www.Christianaction.org/shop/.

30. Twilight is available for purchase at TwilightInAmerica.com    .

31. Twilight is also available for purchase on www.Amazon.com in book or Kindle version.  In fact, CAN boasts on its website that Twilight is an Amazon.com best seller.  Please see annexed hereto "Exhibit B".

32. The Kindle version of Twilight was released in October 2012.

33. The defendants repeatedly accuse the plaintiffs of being "home grown" terrorists or engaging in acts of terrorist. Terror activities are violations of New York State law and the federal code.

34. New York State Anti-Terrorism Act of 2001 Article 490 § 490.25 states that a person is guilty of a crime of terrorism when with intent to intimidate or coerce a civilian population, influence the potency of a unit of government by intimidation or coercion, or affect the conduct of a unit of government by murder, assassination or kidnapping, he or she commits a specified offense.

35. That 18 USC §2331 defines domestic terrorism as activities that (A)involve acts dangerous to human life; that are a violation of the criminal laws of the United States or of any State;

(B)appear to be intended: (i) to intimidate or coerce a civilian population; (ii)to influence the policy of a government by intimidation or coercion; (iii)or to affect the conduct of a government by mass destruction, assassination, or kidnapping; and (C)occur primarily within the territorial jurisdiction of the United States.

36. Through the cunning use of semantics, Defendants proliferate Twilight with abundant defamatory inferences in the form of "protected opinion". However, the plaintiff has identified the following comments as exemplars of the publications plaintiff finds actionable:

37. "Also maddening is the fact that Al Fuqra/MOA had been listed on the State Department's   list of terrorist groups but was removed in the year 2000 after what appeared to be a period of inactivity." Twilight pg. 230. Please see annexed hereto "Exhibit C".

38. Plaintiff was never listed on the State Departments list of terrorist groups.

39. "In the privacy of Muslim compounds across our land they are preparing our own citizens to wage a holy war - jihad - against America. As many state and federal authorities turn a blind eye, these Islamic extremists convert our own citizens, then teach them how to kill." Twilight: Back cover. Please see annexed hereto "Exhibit D."

40. This entire statement is false and defamatory.

41. "The women suffer a dismal fate, enslaved to their men forced into polygamous marriages, forced to have as many children as possible, sometimes beaten and raped, all under the banner of religious submission to Islam and the stifling rules of MOA that women must endure." Twilight, pg. 27. Please see annexed hereto "Exhibit E".

42. This entire statement is false and defamatory.  In fact, women are treated with honor and respect. The women are well educated and intelligent leaders in their community. The men are

not rapists and the women are not raped.

43. "... [a]nd in the process, he [Gilani] has created an independent army of jihadists who have been killing their own countrymen for decades." Twilight pg. 27. Please see annexed hereto "Exhibit F".

44. This statement is false and defamatory. No such "independent army of jihadists" exists and no such thing has ever occurred.

45. That Defendants stated as fact regarding York County, South Carolina, "... [That] a 36 acre MOA compound is located, which hosted an array of notorious characters in the jihadist world." Twilight, pg.236. Please see annexed hereto "Exhibit G".

46. This entire allegation is defamatory and false.

47. "My book details the nearly 30-year history of MOA in America with its crimes, its acts of terrorism and its bold claim to establish Islamic guerilla warfare training camps across the country." Emphasis added. Article from Martin Mawyer published on CAN website. Please see annexed hereto "Exhibit H".

48. MOA does not have and has never established Islamic guerrilla warfare training camps across the country.

49. In fact, Plaintiff established communities around the country where its members' ability to embrace a safe and peaceful environment have been hampered by Defendants.

50. "The U.S. State Department has sounded the alarm about this group for years, calling MOA an Islamic group that wants to "purify Islam through violence." Please see annexed hereto "Exhibit I".

51. On information and belief, there has been no such proclamation by the U.S. State Department.

52. Defendants attempt to link the Imam of MOA to Daniel Pearl, though the Imam was exonerated of any connection.

53. Defendants attempt to draw a connection between the notorious so-called DC beltway sniper and the plaintiff. "But to really understand why [DC shooter] recruited the young and impressionable Malvo and then went on his murderous rampage, it's important to explore his earlier life and, most of all, why he walked into the welcoming arms of the Muslims of the Americas." See Twilight pg.84 annexed hereto as "Exhibit J".

54. There is no connection whatsoever to this criminal and his actions.

55. "An American-based terror organization called "Muslims of the Americas" (MOA) has petitioned the United Nations to have me Arrested." Article from Martin Mawyer published on CAN website:  Muslim Group Wants Me Arrested---Or Dead.  Please see annexed hereto "Exhibit K".

56. There has been no such petition to the United Nations demanding the arrest or death of Mawyer. Instead, MOA has produced a petition exposing Mawyer's evil and hate mongering ways.

57. Defendants repeatedly refer to plaintiff as a terrorist organization engaging in terrorist acts and running terrorist training camps in the United States.  Defendants bolster their claims through the use of intentionally misleading documents and sources in order to deceive and mislead the public about Plaintiff. In committing the acts herein alleged, the defendants acted willfully, with malice in conscious disregard for the truth or falsity of the above

statements. In committing the acts herein alleged, the defendants acted willfully with malice in conscious disregard of the plaintiff's rights and with intent to cause injury to plaintiff.

58. Upon information and belief, defendants continue to make false and defamatory written and oral statements regarding plaintiff.

59. On November 16, 2012, Mawyer posted an article on the CAN website listing the address to property owned by Plaintiff.

60. In the same above post Mawyer misinforms the American public by daring them to visit Plaintiff's property by stating: "There will be doubters of course.  People who will not believe the Town of Islamberg actually exists.  And they'll have to go see it for themselves.  The address is above for those doubters.  Just remember, you doubters, whoever you are:  You were warned.  Stay away."  Please see annexed hereto as "Exhibit L".

61. That the above mentioned Islamberg is property belonging to Plaintiff that is home to approximately thirty families consisting of innocent men, women, and children.

62. By publishing the statements, Defendant intended to provoke the public to fear, paranoia, hatred, and anger, while simultaneously encouraging vigilantism and violence against Plaintiff and putting the safety, wellbeing, and life of every single member of MOA in imminent danger. Families are afraid to allow their children to play in their yards.  Women are afraid to travel for fear of being attacked by a deranged zealot or his sympathizers.

63. That during the early hours of December 29, 2012, unknown individual(s) trespassed onto an MOA village in Red House, Virginia and recklessly and maliciously fired thirteen shotgun blasts into the MOA village sign.  Due to the intervention of neighbors, the shooters did not enter the area further. This crime is under investigation and residents have asked that it be

11

pursued as a hate crime.

64. The statements, referenced above as attributed to CAN, Mawyer, Pierucci and Twilight, deceives readers by implying that Plaintiff is guilty of criminal violations of 18 USC §2331, and §490.25 of the NYS Anti-Terrorism Act of 2001, et seq. by engaging in acts of terrorism.

65. The statements, individually and taken as a whole in context of the writings in which they appear, are defamatory per se because they falsely impute to Plaintiff, the commission of criminal offenses, in a manner ruinous to the reputation of plaintiff, locally, nationally and internationally.

66. By publishing the statements, Defendants intended to, and did charge Plaintiff with the commission of crimes, at least one of them being 18 USC §2331, et. seq.

## COUNT I

## DEFAMATION

### (As to all Defendants)

67. Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1- 66 above and as though set forth in length below.

68. Defendants statements constitute defamation in that all of the referenced statements individually and collectively are false, and were false when made.  Defendant knowingly conspired and agreed to be made false and defamatory statements regarding Plaintiff or should have known statements were false when made.

69. Defendants knowingly published the above referenced defamatory statements in Twilight, and on the official CAN website to various third parties. By publishing the statements in hard copy and on the Internet, Defendants knew it would be read by the general American public and internationally.  Upon information and belief, the statements have been widely circulated,

12

read and republished.

70.  Defendants knowingly and maliciously with reckless disregard, published the defamatory statements and anticipated, foresaw and intended that the statements would be read through the United States and the world and would damage the reputation of the plaintiff.  The statements have adversely affected Plaintiff, causing its members to be the subject of gossip, ridicule, hate speech and hate crimes presumably by CAN and Mawyer sympathizers.

71. As a direct and proximate result of the publication of the defamatory statements alleged above, Plaintiff has suffered, and will continue to suffer general and special damages and irreparable harm.

**COUNT II**

**DEFAMATION PER SE**

**(As to all Defendants)**

72.    Plaintiff incorporates by reference into this count all of the allegations appearing in paragraphs 1-71 of this Complaint.

73.   Defendants statements constitute defamation in that all of the referenced statements individually and collectively are false, and were false when made.  Defendant knowingly conspired and agreed to be made false and defamatory statements regarding Plaintiff or should have known statements were false when made.

74. Defendants knowingly published the above referenced defamatory statements in Twilight, and on the official CAN website to various third parties. By publishing the statements in hard copy and on the Internet, Defendants knew it would be read by the general American public and internationally.  Upon information and belief, the statements have been widely circulated, read and republished.

75.  Defendants knowingly and maliciously with reckless disregard, published the defamatory statements and anticipated, foresaw and intended that the statements would be read through the United States and the world and would damage the reputation of the plaintiff.  The

statements have adversely affected Plaintiff. The statements stigmatize plaintiff and injure its standing in the community causing its members to be the subject of gossip, ridicule, hate speech and hate crimes presumably by CAN and Mawyer sympathizers.

76. Defendants statements constitute defamation per se in that by publishing the statements, Defendants intended to, and did charge Plaintiff with the commission of crimes. The statements impute to plaintiff, violations of local, state and federal law.

## COUNT III

## DEFAMATION BY IMPLICATION

### (As to all Defendants)

77. Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1- 76 above and as though set forth in length below

78. Defendants statements constitute defamation by implication in that they premise their allegations on false suggestions, misleading omissions, impressions and implications arising from otherwise truthful statements. The defamatory meaning drawn from both the words used and their context in Twilight imply that Plaintiff is a terrorist organization engaging in terrorist acts, harboring terrorists, and establishing terrorist training camps.

## COUNT IV

## LIBEL

### (As to all Defendants)

79. Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1- 78 above and as though set forth in length below.

80. Defendants statements constitute libel in that all of the referenced statements individually and collectively are false, and were false when made. Defendant knowingly conspired and agreed to be made false and libelous statements regarding Plaintiff or should have known statements were false when made.

81. Defendants knowingly published the above referenced libelous statements in Twilight, and on the official CAN website to various third parties. By publishing the statements in hard copy and on the Internet, Defendants knew it would be read by the general American public and internationally.  Upon information and belief, the statements have been widely circulated, read and republished.

82. Defendants knowingly and maliciously with reckless disregard, published the libelous statements and anticipated, foresaw and intended that the statements would be read through the United States and the world and would damage the reputation of the plaintiff.  The statements have adversely affected Plaintiff, causing its members to be the subject of gossip, ridicule, hate speech and hate crimes presumably by CAN and Mawyer sympathizers.

83. As a direct and proximate result of the publication of the libelous statements alleged above, Plaintiff has suffered, and will continue to suffer general and special damages and irreparable harm.

COUNT V
LIBEL PER SE
(As to all Defendants)

84. Plaintiff incorporates by reference into this Count all of the allegations appearing in paragraphs 1- 83 above and as though set forth in length below.

85.  Defendants statements constitute libel per se in that all of the referenced statements individually and collectively are false, and were false when made.  Defendant knowingly conspired and agreed to be made false and libelous statements regarding Plaintiff or should have known statements were false when made.

86. Defendants knowingly published the above referenced libelous statements in Twilight, and

15

on the official CAN website to various third parties. By publishing the statements in hard copy and on the Internet, Defendants knew it would be read by the general American public and internationally. Upon information and belief, the statements have been widely circulated, read and republished.

87. Defendants knowingly and maliciously with reckless disregard, published the libelous statements and anticipated, foresaw and intended that the statements would be read through the United States and the world and would damage the reputation of the plaintiff. The statements have adversely affected Plaintiff. The statements stigmatize plaintiff and injure its standing in the community causing its members to be the subject of gossip, ridicule, hate speech and hate crimes presumably by CAN and Mawyer sympathizers.

88. Defendants statements constitute libel per se in that by publishing the statements, Defendants intended to, and did charge Plaintiff with the commission of crimes. The statements impute to plaintiff, violations of local, state and federal law.

### PRAYER FOR RELIEF

89. Plaintiff demands judgment against the defendants, jointly and severally as follows: (i)for compensatory damages in the amount of $3,000,000.00 on Count I, $3,000,000.00, $3,000,000.00 on Count II, $3,000,000.00 on Count III, $3,000,000.00 on Count IV, and $3,000,000.00 on Count V, (ii) an injunction or "gag" order imposed upon all defendants, (iii) injunctive relief preventing further publication and sale of Twilight, (iv) retraction of all defamatory statements regarding Plaintiff on CAN's website, (v) attorneys' fees and costs and (vi) such other relief as this court finds just and equitable.

**JURY DEMAND**

Plaintiff hereby and herewith demands a jury trial on all issues so triable.

Dated:   February 12, 2013

Respectfully submitted,
The Muslims of America, Inc.,
Plaintiff, by and through its
Counsel,
/s/   *Tahirah H Clark*

Tahirah H. Clark, Esq.
PO Box 223
Deposit, NY 13754
Telephone: 607.205.8852
E-Mail:  legal@iqou-moa.org

17

EXHIBIT: A

# Twilight in America

## The Untold Story of Islamic Terrorist Training Camps Inside America

# Martin Mawyer

With Patti A. Pierucci

Donate     0 items

HOME   ABOUT   PRESS ROOM   NEWS   SHOP   CONTACT

## Twilight in America

Martin Mawyer 2013 Part A. Permit

In Muslim compounds across America, they are training our own citizens to wage JIHAD against America. One informant warns, "They are asleep. They are a bomb" waiting to go off. Twilight in America exposes how radical Islam is training Americans to kill Americans.





## LATEST STORIES



**Victory in Spite of All Terror Speech**

Mawyer encouraged Englanders to stand against the Islamic threats



**American Muslims Stone Christians**

A horrific occurrence of anti-Christian violence



**Mawyer on Fox & Friends**

Mawyer talks about new book, Twilight in America

## MARTIN MAWYER'S BLOG

### The "Real News" About Al-Jazeera

It's been nearly two years since Hillary Clinton called Al-Jazeera "real news." Now, like it or not, Al-Jazeera (and its so-called "real news") is coming to the United States. Continue reading

### Laying the Foundation for Jihad in America

Just after Christmas, the co-founder of the Council on American Islamic Relations (CAIR) went on a Saudi TV station and made the outrageous suggestion that Muslims may have discovered America before Columbus. Continue reading

### The Muslim War Against Christians

Let's start with Afghanistan

Brutal, heartless and gruesome beheadings happen all over that country. Just recently, a 12 year-old boy was beheaded in Kandahar because his killers wanted to punish his family for allowing his older brother... Continue reading

### Muslim Group Wants Martin Mawyer Arrested — or Dead

no danger), and the fact that federal agencies are still investigating the group, is maddening.

Also maddening is the fact that Al Fuqra/MOA had been listed on the State Department's list of terrorist groups but was removed in the year 2000 after what appeared to be a period of inactivity. This official attitude of our government conflicts with what Fenger knows to be true—that the FBI is continuing to investigate the group—and from our own undercover source who confirms that Al Fuqra/MOA has never stopped training for terrorism. In other words, they may be considered by law enforcement as sleeper cells at worst, but even that explanation doesn't wash—because they're not really sleeping. In 2010 the *Journal of Counterterrorism and Homeland Security International* published an item confirming that Al Fuqra had been "spotted" training in Venezuela. "Terrorist groups such as Al-Qaeda, Hamas, Hezbollah, Jammat Al Fuqra, members of the major drug cartels and gangs, especially MS-13, have been observed training in these camps," the report states.[9]

What's more, the group known as Jaish e-Muhammad, an Al Qaeda terrorist group from which Al Fuqra splintered, and therefore a sister organization, is still on the State Department's watch list. In fact, Al Fuqra fraternizes and cooperates with the majority of groups still listed as official terrorist organizations. There is no logical reason to remove Al Fuqra from the State Department list, while keeping on many of its crony organizations. The only difference between Al Fuqra and these other groups is the presence of Al Fuqra's front group, Muslims of the Americas, which maintains dozens of compounds in America populated with poor, mostly black American citizens. If law enforcement shuts them down because of their terrorist connections, they run the risk of being labeled racist and anti-Muslim. Public pressure would be relentless.

In fact, that has already happened in several cases. Susan Fenger came up squarely against public pressure to leave the Muslims in Colorado alone after she led a raid on the Colorado compound. Newspaper accounts of the raid and subsequent arrests "made it look like we were after this poor group of Muslims who had left the city in

230

EXHIBIT: D

# Twilight in America

It's happening right now, hidden in the rural neighborhoods of America, protected under the guise of religious freedom. In the privacy of Muslim compounds across our land, they are preparing our own citizens to wage a holy war—*jihad*—against America. As many state and federal authorities turn a blind eye, these Islamic extremists convert our own citizens, then teach them how to kill.

**One informant, who lived undercover on these compounds for more than eight years, warns: "They are asleep. They are a bomb" waiting to go off.** Read *Twilight in America* and learn how the plan and ultimate goal of radical Islam is not just to inflict terror by attacking our nation, but to inspire homegrown terrorism from within, committed by Americans against Americans. The plan is working, and the goal is being achieved. This is the descent that the United States is experiencing—this is twilight in America.

## www.ChristianAction.org



Author Martin Mawyer is the author of several books, and has produced groundbreaking documentaries on the rise of Islam in America, including *Homegrown Jihad, Islam Rising* and *Sacrificed Survivors*.

$16.95

ISBN 9780985026707

90000 >

9 780985 026707

or violent terrorist activity. The women suffer an equally dismal fate, enslaved to their men, forced into polygamous marriages, forced to have as many children as possible, sometimes beaten and raped, all under the banner of religious submission to Islam and the stifling rules of MOA that women must endure.

"Why," pleads Gilani, "do not the American authorities express some gratitude for the help I have given to their fellow countrymen?"[31] These outrageous statements are the true pillar of lies upon which Gilani's terrorist empire rests. His claim that he has helped the poor, black Muslim population of America, whom he often recruits from prisons, is a dangerous and false assertion. On the contrary, Gilani has committed the worst type of crime against America's African-American population by luring them into a life of abject poverty, obeisance to a man most have never seen, devotion to the point of death for many, and lives filled with hatred for their home country. And in the process, he has created an independent army of jihadists who have been killing their own countrymen for decades.

Typically, Gilani's response is another contradiction. "These people (Al Fuqra members who committed crimes) had their own secret cells and they were committing these crimes before I came to America."

The truth, of course, is that the crimes began when Gilani began giving the orders.

Today, Gilani is an elderly man in his seventies, living in seclusion in Lahore, Pakistan, and little is heard from him save for the odd online posting of disjointed essays detailing more quaranic healings or the even odder video postings that occasionally surface in which he rambles incoherently about his accomplishments. Yet investigators have noted that Gilani has many underlings who run his vast empire smoothly. And he has ordered his followers to lay low, blend in with their surroundings and await further instructions.

## Terrorists Working Together

"I do not know Osama Bin Laden nor have I ever met him or any member of Al Qaeda," states Gilani in *Pillar of Lies*. "There is no end to the lies."

But, like many of Gilani's statements, his assertion is once again false. Al Fuqra and Al Qaeda were linked in a Royal Canadian Mounted Police Report issued in April, 2003. Furthermore, Gilani was present at

or violent terrorist activity. The women suffer an equally dismal fate, enslaved to their men, forced into polygamous marriages, forced to have as many children as possible, sometimes beaten and raped, all under the banner of religious submission to Islam and the stifling rules of MOA that women must endure.

"Why," pleads Gilani, "do not the American authorities express some gratitude for the help I have given to their fellow countrymen?"[31] These outrageous statements are the true pillar of lies upon which Gilani's terrorist empire rests. His claim that he has helped the poor, black Muslim population of America, whom he often recruits from prisons, is a dangerous and false assertion. On the contrary, Gilani has committed the worst type of crime against America's African-American population by luring them into a life of abject poverty, obeisance to a man most have never seen, devotion to the point of death for many, and lives filled with hatred for their home country. And in the process, he has created an independent army of jihadists who have been killing their own countrymen for decades.

Typically, Gilani's response is another contradiction. "These people (Al Fuqra members who committed crimes) had their own secret cells and they were committing these crimes before I came to America."

The truth, of course, is that the crimes began when Gilani began giving the orders.

Today, Gilani is an elderly man in his seventies, living in seclusion in Lahore, Pakistan, and little is heard from him save for the odd online posting of disjointed essays detailing more quaranic healings or the even odder video postings that occasionally surface in which he rambles incoherently about his accomplishments. Yet investigators have noted that Gilani has many underlings who run his vast empire smoothly. And he has ordered his followers to lay low, blend in with their surroundings and await further instructions.

## Terrorists Working Together

"I do not know Osama Bin Laden nor have I ever met him or any member of Al Qaeda," states Gilani in *Pillar of Lies.* "There is no end to the lies."

But, like many of Gilani's statements, his assertion is once again false. Al Fuqra and Al Qaeda were linked in a Royal Canadian Mounted Police Report issued in April, 2003. Furthermore, Gilani was present at

27

courages non-violence among his American followers. His secret messages to his followers, though, many of which have been intercepted, are clear-cut exhortations to violence.

There is another specter that haunts the American landscape: the Japanese internment camps. In the land of the free, it is no longer considered a sign of patriotism and self-preservation to close down and shut away those who give the appearance of being dangerous. The danger must be much more evident than mere appearances. As we have already established, law enforcement generally waits until the crime is committed before acting.

Law enforcement agents we have spoken with at all levels merely throw up their hands in frustration over the MOA/Al Fuqra threat. What are we supposed to do about it? they ask. This is America. Sheriff Bruce Bryant of York County, South Carolina—where a 36-acre MOA compound is located, and which has hosted an array of notorious characters in the jihadist world—has stated publicly that he has concerns about the camp but can't do a thing about it.

"The Constitution protects them and their right to be there," he stated. Even though their camp is located near the Catawba Nuclear Station and he has investigated numerous complaints of gunfire and military drilling, "somebody," he pleads, "tell me how to shut them down?"[15]

## Big Fish to Fry

Another theory used to explain why law enforcement won't shut down Al Fuqra/MOA terror training camps is that they're waiting for the big bust. This argument makes some sense, because we know that law enforcement has undercover agents embedded in MOA—sometimes with the assignment to spy on each other to make sure the undercover information is accurate—and that they know illegal activity is ongoing there. As one undercover agent told me: "They (law enforcement) have enough information to shut down the camps."

Just the confirmation that spies are being used to report on MOA activity, and that some big arrests, detailed in other chapters, have resulted presumably from this intelligence, is proof that law enforcement is watching this activity with great care. From time to time

christianaction.org

EXHIBIT: H

# Laying the Foundation for Jihad in America

Martin Mawyer

Just after Christmas, the co-founder of the Council on American Islamic Relations (CAIR) went on a Saudi TV station and made the outrageous suggestion that Muslims may have discovered America before Columbus.

His comments were ignored by major news outlets and only sparsely reported elsewhere.

Here is what he said:

"Some documents and accounts indicate that Muslim seafarers were the first to reach the U.S., so the bottom line is that Islam played a part in the establishment and development of the U.S." Nihad Awad, co-founder of CAIR

Though these comments demand a response, especially from American historians, his remarks have basically gone without any critical review, examination or intellectual debate.

What's the big deal, anyway, one might ask? Does anyone really believe these bizarre and baseless claims?

I've been holding off writing this piece — this article about "Muslims Discovering America" — for quite some time. But now, with the co-founder of America's largest Muslim lobbying group joining the growing ranks of Muslims making these unfounded assertions, it needs to be addressed.

First, let me make clear why this discussion is important.

Back in 1994, Osama bin Laden issued a fatwa allowing Muslims to carry out violent jihad to regain "every stolen Islamic land" that was "lost because of the betrayals of rulers and the feebleness of Muslims."

In other words, Muslims could reconquer any previously held land, including America, if it could be determine that Muslims had previously conquered or established these territories.

Then, in 1996, two significant writings appeared in the Muslim world.

Most significant were the writings of a Muslim historian named Abdul-Hassan Al-Masudi, who claimed that that Muslims discovered America long before Columbus. His article was cited, copied and widely distributed and published over the Internet.

Al-Masudi claimed, "Muslims from Spain and West Africa arrived to the Americas at least five centuries before Columbus." Did you get that? He said five centuries BEFORE Columbus came to America, giving these Muslims plenty of time to marry with native Indians and breed Muslim children.

With five centuries of Muslim breeding in America, then of course this land would have been "established" by Muslims, which is the point the co-founder of CAIR is trying to make when he said, "Islam played a part in the establishment and development of the U.S."

Also significantly in 1996, the very year Al-Masudi claimed America was first discovered by Muslims ...

... Osama bin Laden issued a declaration of war on the U.S.

Though it may be a mere coincidence that bin Laden declared war on the United States at the same time Al-Masdui was claiming Muslims discovered America, it cannot be ignored that bin Laden certainly did not forget about his fatwa two years earlier telling Muslims it was their religious duty to recapture "stolen land."

Interestingly, just one year after bin Laden's attack on the U.S., a Muslim group called the Middle East Policy Council published a teachers' guide for American students declaring, once again, that Muslims discovered America.

The Middle East Policy Council is a Washington, D.C., advocacy group that promotes curriculum to school districts in 155 U.S. cities.

The text in that teacher's guide, called "Arab World Studies Notebook," claims that Arab explorers came to America in advance of Columbus, marrying the Algonquin Indians whose descendants became tribal chiefs with Muslim names like Abdul-Rahim and Abdallah Ibn Malik.

The teacher's guide has been dismissed by the director of Canada's Algonquin Nation Secretariat, Peter DiGangi, who called the assertion "outlandish" and "nothing in the tribe's written or oral history support them."

Still, the teacher's guide has been distributed to more than 10,000 American teachers, according to its editor, Audrey Shabbas, and has reached about 25 million students. (Certainly, this is an exaggeration by its editor, but there is no way to either prove or dispute the claim.)

Promoting such an outlandish lie to American students is difficult to comprehend. But to also understand that the purpose of this lie is to lay the foundation for radical Islamists to wage jihad against America, to reclaim what was "stolen" and to reconquer this Muslim territory, should alarm us all.

This is precisely the point of one group of militant Islamists living and operating in the United States, a group known for its past acts of terrorism called "Muslims of the Americas" (MOA).

MOA is an organization headed by a Pakistani cleric, Sheikh Mubarik Ali Gilani. According to law enforcement, this group was been associated with 10 assassinations and 17 fire bombings inside the United States.

In addition, it has established nearly three dozen camps, villages and compounds in America, many of which are used to train Muslims in Islamic guerilla warfare.

Laying the Foundation for Jihad in America – Christian Action Network

Page 2 of 3

EXHIBIT: H

For more information about MOA see here.

MOA has long been at the forefront of Muslim groups claiming that America was first discovered by Muslims.

In 2008, the group posted a series of articles on their web site which basically gave away their plan to attack America.

First, the group made clear that Muslims discovered America, telling their members:

"Moreover, historians have verified the fact that even before Christopher Columbus ventured into the oceans of the western hemisphere, Muslims from Africa and Spain set their feet on North American and Caribbean soil."

The author of this article, Abdul Malik, gives credit to Muslim historian Al-Masdui (mentioned above) as the source of his supposed facts about Muslims discovering America

After making this claim about America, the web site immediately gives its members a history lesson about "Decisive Victories in Islam."

Most important, these decisive Islamic victories are about how even small groups of Muslims can still win battles over much larger, better-trained and better-funded enemies.

This is important because MOA has small guerilla warfare compounds in the United States for the sole purpose of eventually waging jihad against America.

One undercover informant for the NYPD, who spent eight years inside this terrorist group, told me, "These kids, all they've been living for their whole lives is to fight a holy war."

Gilani calls his members "Soldiers of Allah."

One of the challenges for the founder of MOA, Sheikh Gilani, is to convince his small following they have a religious duty to wage jihad in America – and can succeed.

Obviously, Gilani must first convince his American followers they have a religious basis for retaking America, which is done by explaining to his radicalized members that Muslims first founded the United States.

The fact that his "Soldiers of Allah" are such a small force should not discourage them from seeing the potential for success, Gilani writes in an article to them.

He says, "Surprise and deception are principles of war. If applied secretly and judiciously before and during battle, a success can be achieved by a smaller army with a low cost of casualties."

All these soldiers need, he explains, is the willingness to sacrifice their lives by following the leadership of dedicated commanders.

"Soldiers who are better trained," he writes, "dedicated and inspired with the spirit of sacrifice led by bold commanders, will always be successful, even if they are numerically inferior to their adversaries."

This was Sheikh Gilani's message to his American followers after telling them Muslims were the first to discover America.

The fact that the co-founder of CAIR went on Saudi TV, and broadcast in a country known for its strident Islamic beliefs, a country that gave birth to Osama bin Laden who declared war on America, a country that was responsible for producing 15 of the 19 hijackers who actually attacked the United States ...

... and announced that Muslims were the first to discover America, should not be mistaken as simply incidental, irrelevant or boastful.

In fact, his statements could best be seen as buttressing the arguments of the Muslim Brotherhood and its demand that all Islamic territory be liberated and replaced with the State of Islam.

In an article titled, "Jihad is the Way," the Muslim Brotherhood states,

"Jihad for Allah is not limited to the specific region of the Islamic countries," the Muslims Brotherhood writes. The "banner of Jihad," they claim, must continue to be raised "until every inch of the land of Islam will be liberated. the State of Islam will be established." (Mustafa Mashur, leader of the Muslim Brotherhood in Egypt from 1996-2002)

Though its English is wanting for help, the message of the Muslim Brotherhood, and groups like Muslims of the Americas, is clear:

Any territory formerly held by Muslims belongs to Islam.

And if anyone doubts this is also the message of CAIR, then look at this recent photo which the organization put out for its 2013 Inaugural Benefit in Washington, D.C.

A minaret of a mosque is superimposed over the White House.





According to *Islam Watch*, a group representing former Muslims, a minaret on a mosque is a Muslim symbol for declaring the supremacy of Islam and Muslims over non-Muslims.

Martin Mawyer is the Founder and President of Christian Action Network, a non-profit public advocacy and education group based in Lynchburg, Virginia. He began his career as a freelance journalist and has authored several books, including "Silent Shame," "The Pro-Family Contract With America," "Pathways to Success," and his most recent, "Twilight in America: The Untold Story of Islamic Terrorist Training Camps Inside America." He has produced a number of documentary films, including Homegrown Jihad, Sugar Babies, Southland Survivors and America's Secret Terror. Mawyer has appeared on The O'Reilly Factor, Hannity, Larry King Live, Pat Robertson's 700 Club, NBC's Today Show, Entertainment Tonight and Fox and Friends. His latest book, "Twilight in America," co-authored by Patti A. Pierucci, details the activities of Islamic terrorist training camps scattered throughout the United States. It can be purchased at TwilightInAmerica.com or Amazon.com in book or Kindle version.

 christianaction.org

http://www.christianaction.org/muslim-group-wants-me-arrested-or-dead/

# Muslim Group Wants Martin Mawyer Arrested — or Dead

EXHIBIT: I

by Martin Mawyer

An American-based terror organization called "Muslims of the Americas" (MOA) has petitioned the United Nations to have me arrested. The organization claims I'm a "deceiver" who is trying to "malign the peaceful religion of Al-Islam." But this is nothing but a smokescreen, on their part, to hide their true motive: The group is really upset over my book, "Twilight In America: The Untold Story of Islamic Terrorist Training Camps Inside America."

They want me imprisoned — or worse.

My book details the nearly 30-year history of MOA in America with its crimes, its acts of terrorism and its bold claim to establish Islamic guerilla warfare training camps across the country. The U.S. State Department has sounded the alarm about this group for years, calling MOA an Islamic group that wants to "purify Islam through violence."

My book has angered MOA because it shatters the false image they want to portray to the media of being a group of "peaceful" Muslims who want nothing more than to be left alone in their "villages," grow their own food, live a life of seclusion, and help "wayward" youth become free of drugs, alcohol and crime.

Instead, my book exposes the real purpose of these "villages." And it can be easily summed up in the words of its own leader, Sheikh Gilani, who tells fellow Muslims:

"You are welcome to join one of the most advanced training courses in Islamic military warfare."

Sheikh Gilani gives this bold and frightening invitation to Muslims in a paramilitary training video called "Soldiers of Allah," which I obtained through a former law enforcement official.

In its petition to the United Nations, MOA not only names me but two other individuals who should be brought to "justice" by the United Nations. Those names include the anti-Islamist Terry Jones, and film-producer Nakoula Basseley Nakoula.

Terry Jones, you might recall, rose to international fame after he threatened to burn the Quran on the 10-year anniversary of 9-11. Though he rescinded that particular threat, he eventually burned the Quran just more than six months later on April 29, 2012.

Nakoula Basseley Nakoula is an amateur film producer who became internationally famous after the Obama Administration falsely accused his sole film, "Innocence of Muslims," of being the spark that ignited the terrorist attack in Libya that resulted in the deaths of four Americans.

Just after Thanksgiving, MOA posted an on-line article through its publication called "The Islamic Post,"

Muslim Group Wants Martin Mawyer Arrested    Case 3:13-cv-00169-TJM-DEP    Document 1    Filed 02/13/13    Page 29 of 39    Page 2 of 4

EXHIBIT: I

saying that all three of us should be brought to justice by the United Nations.

The author of the article, Haseeb Haqq, is not only a regular contributor to "The Islamic Post," but also serves as a spokesman for MOA.

The article states that my book is trying to start a "war against Islam" and that I'm using my free speech rights to "malign the peaceful religion of Al-Islam and the Holy Last Messenger, Muhammad."

He also accuses me of trying to "provoke violent actions against the Muslims of the Americas by falsely accusing the villages of housing bunkers and tanks while holding secret military training against their own countrymen."

In my defense, nowhere have I ever said this group has "tanks." That's ridiculous. And anyone doubting whether they have "secret military training" can watch a short video of this training for themselves here: http://www.christianaction.org/shop/twilight-in-america/

Additionally, MOA wrongly states in its petition to the United Nations that I am a supporter of film-producer Nakoula Basseley Nakoula, who has several death fatwas against him. For that matter, Terry Jones has several death fatwas against him.

At first glance, this article seems laughable at best or, at worse, a minor annoyance. I do not think, for instance, the United Nations is going to arrest me and bring me to "justice."

So what's the big deal?

The big deal is the LOUD message that's poorly hidden inside their petition. They would like to see me dead.

The article shouts a clear death threat to me. It's an attempt to get radicalized Muslims so angry that they want to kill me. It's a way of issuing a death fatwa without really having to layout its insidious intentions on paper.

Consider the accusations MOA makes against me:

1. I have maligned the religion of Islam and its holy prophet, Mohammad.
2. That my goal is to start a "war against Islam."
3. That I want to bring "violent actions against the Muslims of the Americas."

Any one of these three accusations is enough to warrant a death fatwa against me.

But, as surprising as it may seem, none of these false accusations are as serious as the one claiming that I'm a supporter of film producer Nakoula Basseley Nakoula.

I am NOT a friend OR supporter of Nakoula. I've never met him or spoken to him. I 've never met any of his associates, actors or film producers. In fact, I had never even heard of Nakoula until after the Obama Administration falsely accused his film of causing the Libyan terrorist attack.

By associating me with the controversial filmmaker, MOA is intentionally trying to place me under the death threat issued by a prominent Egyptian cleric, Ahmad Fouad Ashoush, who placed the filmmaker and anyone connected to his film under this threat:

"I issue a fatwa and call on the Muslim youth *in America* and Europe to do this duty, which is to kill the director, the producer and the actors and *everyone* who helped and promoted the film," the cleric said.

The MOA petition to the United Nations seems to cover all their bases for putting my life in danger. In one fell swoop in this article, they claim I've insulted Islam and Mohammad, that I want to inflict violence against peaceful Muslims, that I am at war against Islam, and that I'm a supporter of a film producer who has numerous death fatwas against him.

And oh, by the way, if all else fails – they want me arrested by the U.N.

Posting their petition on the world wide web was designed to reach as many radical Muslims as possible; no different that the Egyptian cleric who posted his death fatwa against Nakoula on the Internet. Maybe someone is out their reading, listening and will obey his death fatwa.

By posting their irresponsible petition to the United Nations online, and all its rambling and deceptive accusations, MOA has put my family, my office, and me at risk.

Perhaps in America it's hard to take such death fatwas seriously. Unlike Europe, it's rare that an angry Islamist here is going to pick up a weapon and kill someone just because they read a fatwa on the Internet calling on someone's death.

Such assassinations have happened, however, right here in America.

One of those assassinations has been laid directly at the feet of MOA.

In 1990, MOA operatives carried out a death fatwa against an Imam in Tucson, AZ, because they believed he was teaching an incorrect version of the Quran. The imam, Rashad Khalifa, was stabbed 21 times by his MOA assassins as he entered his mosque in the early morning hours.

Several years before this murder, MOA was responsible for the shooting death of the leader of a Muslim sect which they believe to be heretical. Dr. Mozaffar Ahmad was shot dead after an MOA member dined with him, seeking to learn more about the Ahmadiyya sect in Canton, MI.

MOA is no safer today. An undercover police informant for the NYPD told me, "You have to understand, these people are not the nicest people. They have to do what they have to do. I know this for sure. They will do whatever. They have tried to kill their own people."

Whether or not MOA wants to have me murdered by their own hands or by another is unquestionably the sole decision of their leader, Sheikh Mubarak Gilani, who lives in Pakistan.

It was Sheikh Gilani who Wall Street Journal reporter Daniel Pearl was attempting to interview when he was kidnapped on his way to have lunch with him in Karachi. Pearl was beheaded and then dismembered. Though Gilani was never arrested in the assassination, he was immediately questioned by police as the prime suspect in the murder. (By the way, Gilani claims Daniel Pearl is still alive today and the whole notion

of him being murdered and beheaded is nothing but a lie promoted by such "media terrorists" as myself.)

Ali Aziz, who spent eight years inside MOA as an undercover informant, makes it clear that nothing happens without Gilani's approval, particularly such a violent act as murder. But they will do whatever he says.

"If Gilani told everyone, 'Set yourselves on fire,' everybody would burn themselves," he said. "This has been going on for 30 years. And people praise him. They give him money. They kiss his feet. It's crazy. These people are slaves. I call them Modern Warrior Slaves. That's what I call them."

Hopefully, prayerfully, Gilani will give not give MOA the thumbs-up to do me harm. If he did, I would think MOA would realize they and their members would be first on the list of suspects. I would hope that the last thing Gilani wants is for a bunch of law enforcement investigators prying into his villages, camps and compounds hunting down an assassin.

Then again, the article is written so that other radical Islamists would also want to see me dead – not just the MOA.

To this end, the MOA posted their article to serve at least one critical purpose in their mind: To silence me, either through intimidation, arrest or bodily harm.

My response to them is best summed up in Matthew 10:23:

"Do not fear those who kill the body but are unable to kill the soul; but rather fear Him who is able to destroy both soul and body in hell."

Martin Mawyer is the Founder and President of Christian Action Network, a non-profit public advocacy and education group based in Lynchburg, Virginia. He began his career as a freelance journalist and has authored several books, including "Silent Shame," "The Pro-Family Contract With America," "Pathways to Success," and his most recent, "Twilight in America: The Untold Story of Islamic Terrorist Training Camps Inside America." He has produced a number of documentary films, including Homegrown Jihad, Islam Rising, Sacrificed Survivors and America's Islamic Threat. Mawyer has appeared on The O'Reilly Factor, Hannity, Larry King Live, Pat Robertson's 700 Club, NBC's Today Show, Entertainment Tonight and Fox and Friends. His latest book, "Twilight in America," co-authored by Patti A. Pierucci, details the activities of Islamic terrorist training camps scattered throughout the United States. It can be purchased at TwilightInAmerica.com or Amazon.com in book or Kindle version.

vestigators. Muhammad was led away in handcuffs and eventually transferred to another company pending charges.

Although it was widely believed that Muhammad was guilty of throwing the grenade and nearly killing 16 of his fellow soldiers, he was never indicted or court-martialed, and he finished out his Army stint without further episode.

Seeing Muhammad's face on the news years later, Berentson was overwhelmed with anguish and guilt that he could not have stopped him. But Berentson could not have known that just one year after being discharged from the Army, Muhammad would join the Nation of Islam. Moreover, his penchant for violence would be fueled to the boiling point in subsequent years through his association with an obscure group of Muslim extremists known as Muslims of the Americas (MOA), the front organization for the radical terror group Jamaat Al Fuqra.

At this writing, years after the Beltway sniper attacks, the media is still reluctant to label the two killers as jihad-inspired Muslims. There are numerous psychological profiles of both snipers which attempt to explain their descent into violent madness. Some say Muhammad was disenfranchised from white society and his explosive final chapter was inevitable. Others say his sniper murders were a ruse to create havoc while he tried to regain custody of his children. Even those who see the obvious link to radical Islam focus more on Muhammad's connection to the Nation of Islam, failing to appreciate that Muhammad had shifted his allegiance to Jamaat Al Fuqra prior to the sniper killings. This was an important shift, because Jamaat Al Fuqra is the sworn enemy of the Nation of Islam and its leader, Louis Farrakhan, and Al Fuqra advocates a more violent jihad against its enemies.

"Muhammad gravitated to an organization at odds with the Nation of Islam and aligned with the Wahhabist sect of Islam associated with Al Qaeda, Osama Bin Laden and Sheikh Rahman (ringleader of the first World Trade Center attack in 1993)," writes Christian M. Weber, contributing editor for Soldiers for the Truth. "In America today, one organization fits that bill—Al Fuqra."[2]

But to really understand why Muhammad recruited the young and impressionable Malvo and then went on his murderous rampage, it's important to explore his earlier life and, most of all, why he walked into the welcoming arms of the Muslims of the Americas.

christianaction.org                      http://www.christianaction.org/muslim-group-wants-me-arrested-or-dead/

# Muslim Group Wants Martin Mawyer Arrested — or Dead

by Martin Mawyer

An American-based terror organization called "Muslims of the Americas" (MOA) has petitioned the United Nations to have me arrested. The organization claims I'm a "deceiver" who is trying to "malign the peaceful religion of Al-Islam." But this is nothing but a smokescreen, on their part, to hide their true motive: The group is really upset over my book, "Twilight In America: The Untold Story of Islamic Terrorist Training Camps Inside America."

They want me imprisoned — or worse.

My book details the nearly 30-year history of MOA in America with its crimes, its acts of terrorism and its bold claim to establish Islamic guerilla warfare training camps across the country. The U.S. State Department has sounded the alarm about this group for years, calling MOA an Islamic group that wants to "purify Islam through violence."

My book has angered MOA because it shatters the false image they want to portray to the media of being a group of "peaceful" Muslims who want nothing more than to be left alone in their "villages," grow their own food, live a life of seclusion, and help "wayward" youth become free of drugs, alcohol and crime.

Instead, my book exposes the real purpose of these "villages." And it can be easily summed up in the words of its own leader, Sheikh Gilani, who tells fellow Muslims:

"You are welcome to join one of the most advanced training courses in Islamic military warfare."

Sheikh Gilani gives this bold and frightening invitation to Muslims in a paramilitary training video called "Soldiers of Allah," which I obtained through a former law enforcement official.

In its petition to the United Nations, MOA not only names me but two other individuals who should be brought to "justice" by the United Nations. Those names include the anti-Islamist Terry Jones, and film-producer Nakoula Basseley Nakoula.

Terry Jones, you might recall, rose to international fame after he threatened to burn the Quran on the 10-year anniversary of 9-11. Though he rescinded that particular threat, he eventually burned the Quran just more than six months later on April 29, 2012.

Nakoula Basseley Nakoula is an amateur film producer who became internationally famous after the Obama Administration falsely accused his sole film, "Innocence of Muslims," of being the spark that ignited the terrorist attack in Libya that resulted in the deaths of four Americans.

Just after Thanksgiving, MOA posted an on-line article through its publication called "The Islamic Post," saying that all three of us should be brought to justice by the United Nations.

The author of the article, Haseeb Haqq, is not only a regular contributor to "The Islamic Post," but also serves as a spokesman for MOA.

The article states that my book is trying to start a "war against Islam" and that I'm using my free speech rights to "malign the peaceful religion of Al-Islam and the Holy Last Messenger, Muhammad."

He also accuses me of trying to "provoke violent actions against the Muslims of the Americas by falsely accusing the villages of housing bunkers and tanks while holding secret military training against their own countrymen."

In my defense, nowhere have I ever said this group has "tanks." That's ridiculous. And anyone doubting whether they have "secret military training" can watch a short video of this training for themselves here: http://www.christianaction.org/shop/twilight-in-america/

Additionally, MOA wrongly states in its petition to the United Nations that I am a supporter of film-producer Nakoula Basseley Nakoula, who has several death fatwas against him. For that matter, Terry Jones has several death fatwas against him.

At first glance, this article seems laughable at best or, at worse, a minor annoyance. I do not think, for instance, the United Nations is going to arrest me and bring me to "justice."

So what's the big deal?

The big deal is the LOUD message that's poorly hidden inside their petition. They would like to see me dead.

The article shouts a clear death threat to me. It's an attempt to get radicalized Muslims so angry that they want to kill me. It's a way of issuing a death fatwa without really having to layout its insidious intentions on paper.

Consider the accusations MOA makes against me:

1. I have maligned the religion of Islam and its holy prophet, Mohammad.

2. That my goal is to start a "war against Islam."

3. That I want to bring "violent actions against the Muslims of the Americas."

Any one of these three accusations is enough to warrant a death fatwa against me.

But, as surprising as it may seem, none of these false accusations are as serious as the one claiming that I'm a supporter of film producer Nakoula Basseley Nakoula.

I am NOT a friend OR supporter of Nakoula. I've never met him or spoken to him. I 've never met any of his associates, actors or film producers. In fact, I had never even heard of Nakoula until after the Obama

Administration falsely accused his film of causing the Libyan terrorist attack.

By associating me with the controversial filmmaker, MOA is intentionally trying to place me under the death threat issued by a prominent Egyptian cleric, Ahmad Fouad Ashoush, who placed the filmmaker and anyone connected to his film under this threat:

"I issue a fatwa and call on the Muslim youth *in America* and Europe to do this duty, which is to kill the director, the producer and the actors and *everyone* who helped and promoted the film," the cleric said.

The MOA petition to the United Nations seems to cover all their bases for putting my life in danger. In one fell swoop in this article, they claim I've insulted Islam and Mohammad, that I want to inflict violence against peaceful Muslims, that I am at war against Islam, and that I'm a supporter of a film producer who has numerous death fatwas against him.

And oh, by the way, if all else fails – they want me arrested by the U.N.

Posting their petition on the world wide web was designed to reach as many radical Muslims as possible; no different that the Egyptian cleric who posted his death fatwa against Nakoula on the Internet. Maybe someone is out their reading, listening and will obey his death fatwa.

By posting their irresponsible petition to the United Nations online, and all its rambling and deceptive accusations, MOA has put my family, my office, and me at risk.

Perhaps in America it's hard to take such death fatwas seriously. Unlike Europe, it's rare that an angry Islamist here is going to pick up a weapon and kill someone just because they read a fatwa on the Internet calling on someone's death.

Such assassinations have happened, however, right here in America.

One of those assassinations has been laid directly at the feet of MOA.

In 1990, MOA operatives carried out a death fatwa against an Imam in Tucson, AZ, because they believed he was teaching an incorrect version of the Quran. The imam, Rashad Khalifa, was stabbed 21 times by his MOA assassins as he entered his mosque in the early morning hours.

Several years before this murder, MOA was responsible for the shooting death of the leader of a Muslim sect which they believe to be heretical. Dr. Mozaffar Ahmad was shot dead after an MOA member dined with him, seeking to learn more about the Ahmadiyya sect in Canton, MI.

MOA is no safer today. An undercover police informant for the NYPD told me, "You have to understand, these people are not the nicest people. They have to do what they have to do. I know this for sure. They will do whatever. They have tried to kill their own people."

Whether or not MOA wants to have me murdered by their own hands or by another is unquestionably the sole decision of their leader, Sheikh Mubarak Gilani, who lives in Pakistan.

It was Sheikh Gilani who Wall Street Journal reporter Daniel Pearl was attempting to interview when he was

kidnapped on his way to have lunch with him in Karachi. Pearl was beheaded and then dismembered. Though Gilani was never arrested in the assassination, he was immediately questioned by police as the prime suspect in the murder. (By the way, Gilani claims Daniel Pearl is still alive today and the whole notion of him being murdered and beheaded is nothing but a lie promoted by such "media terrorists" as myself.)

Ali Aziz, who spent eight years inside MOA as an undercover informant, makes it clear that nothing happens without Gilani's approval, particularly such a violent act as murder. But they will do whatever he says.

"If Gilani told everyone, 'Set yourselves on fire,' everybody would burn themselves," he said. "This has been going on for 30 years. And people praise him. They give him money. They kiss his feet. It's crazy. These people are slaves. I call them Modern Warrior Slaves. That's what I call them."

Hopefully, prayerfully, Gilani will give not give MOA the thumbs-up to do me harm. If he did, I would think MOA would realize they and their members would be first on the list of suspects. I would hope that the last thing Gilani wants is for a bunch of law enforcement investigators prying into his villages, camps and compounds hunting down an assassin.

Then again, the article is written so that other radical Islamists would also want to see me dead – not just the MOA.

To this end, the MOA posted their article to serve at least one critical purpose in their mind: To silence me, either through intimidation, arrest or bodily harm.

My response to them is best summed up in Matthew 10:23:

"Do not fear those who kill the body but are unable to kill the soul; but rather fear Him who is able to destroy both soul and body in hell."

Martin Mawyer is the Founder and President of Christian Action Network, a non-profit public advocacy and education group based in Lynchburg, Virginia. He began his career as a freelance journalist and has authored several books, including "Silent Shame," "The Pro-Family Contract With America," "Pathways to Success," and his most recent, "Twilight in America: The Untold Story of Islamic Terrorist Training Camps Inside America." He has produced a number of documentary films, including *Homegrown Jihad, Islam Rising, Sacrificed Survivors and America's Islamic Threat*. Mawyer has appeared on The O'Reilly Factor, Hannity, Larry King Live, Pat Robertson's 700 Club, NBC's Today Show, Entertainment Tonight and Fox and Friends. His latest book, "Twilight in America," co-authored by Patti A. Pierucci, details the activities of Islamic terrorist training camps scattered throughout the United States. It can be purchased at TwilightInAmerica.com or Amazon.com in book or Kindle version

EXHIBIT: L

# America's 1st Islamic Government

### America's First Islamic Government

Yes. The headline may be hard to believe. But it is correct. America's first Islamic government has been established, sitting on American soil. Located in Hancock, NY, this Islamic town is right there for anyone to... well, not actually for anyone to see.

Hidden in the Catskills Mountains, this Islamic town sits on more than 80-acres of land, surrounded by trees, rolling hills, lakes and, most importantly, armed guards that protect it.

It's a city within a city. Their Islamic leaders called it "The Town of Islamberg."

They have an address. It's 2732 Roods Creek Road, Hancock, NY. But don't go looking for it. That's my advice. Stay away. This American town is not for true Americans that stumble upon it. In fact, this town is more a country within a country, than a city within a city. They are an Islamic government operating on American soil and you have to be one of their citizens to get in – or else.

There will be doubters of course. People who will not believe the Town of Islamberg actually exists. And they'll have to go see it for themselves. The address is above for those doubters. Just remember, you doubters, whoever you are: You were warned. Stay away.

The Town of Islamberg is a bold attempt by an Islamic community, located about 3 hours northwest of New York City, to set up its own city-state, with its own laws, its own government and even its own military. The group behind this initiative is an organization called, Muslims of the Americas (MOA).

MOA has nearly three-dozen villages, camps and Islamic compounds scattered around the United States, all of varying sizes and population. But this camp in Hancock, which also serves as their headquarters, is the first to be so brazen to set up its own Islamic government.

The Town of Islamberg has its own mayor, deputy mayor and town council members. In fact, they have five council members. Just to put this in perspective, the entire town of Hancock, in which Islamberg sits, only has four council members.

These Islamic council members are not elected, of course. Far from being anything constitutionally elected, they are self-appointed demagogues who rule their community with the iron fist of Islamic law.

On paper (and paper only) the Town of Islamberg looks like any other town. They have such government departments as "Land and Development," "Finance," "Education" and even a "Medical Services" department.

But what actually goes on in this "town" is truly frightening. Islamberg citizens are told what television programs they can watch and those that are forbidden. Girls are denied an education. Women are compelled into polygamous

marriages.  Mothers are forbidden to use any type of contraception.  And both men and women, regardless of age, are often tied to trees and whipped for disobeying Town laws.

Each child is taught, from the time they can begin to learn, to become a servant of their highly controversial leader, Sheikh Mubarak Gilani, who lives in Pakistan.  Gilani formed "Muslims of the Americas" nearly 30 years ago when he visited the United States to set up guerilla-style warfare training camps throughout America.

As servants of Sheikh Gilani, they live for a purpose that few Americans could ever grasp.  They engage in crimes that feed money back to their Pakistani leader (such as selling drugs and committing welfare fraud) and the elite are chosen to train as "Soldiers of Allah" for the day of Jihad against the United States.

Little had ever been known about what goes on inside these camps until a former undercover informant for the NYPD decided to speak to me and other associates of Christian Action Network.

This undercover informant, named Ali Aziz, spent eight years inside MOA.  He reached out to Christian Action Network for the sole purpose of exposing the horrific life of the women and children living on these compounds and to voice his frustration that, regardless of the organization's continuing criminal deeds and activities, the NYPD refuses to intervene or shut them down.

His complete story is in my book, "Twilight in America: The Untold Story of Islamic Terrorist Camps Inside America."  It is elegantly co-authored by Patti Pierucci.

But a quote from Ali bears mentioning here.

"You have to understand this," he told me.  "These kids, all they have been living for their whole lives is they want to fight a holy war.  These are kids!  They start at age 17 in the compound and they become a gangster, they want to become gangsters for what they think is a holy war."

Ali said many of the men train as an elite military force for waging such a holy war in America.

Brainwashed?  No question.  These children have never known anything else.  They are born on these compounds.  They are beaten into submission.  They are told that their leader, Sheikh Gilani, will turn them into "monkeys" if they disobey his laws.

And now, in an effort that has to shock even the most critical observer of these compounds, MOA is turning their villages into townships with mayors, deputy mayors and town council members – a move that totally isolates them from the rest of America and will forever bring hopelessness and absolute ruin to every boy, girl and eventual mother who lives in these militaristic enclaves.

There is no official outcry over these Islamic towns, however.  (The MOA compound in South Carolina also has its own "mayor")

Can you imagine the U.S. Government's response to a Christian community that set up its own town, with its own mayor and town council members, where it had laws forbidding television programming or contraceptives, where the disobedient are tied to trees and whipped, where girls are forbidden an education, where children are taught to engage in crimes to feed money back to its leaders, where teenagers are trained to fight in an eventual holy war against the United States?

Where is the media outcry?  Where are all the religious leaders and their outcry to what is happening to these women and children?

MOA was once listed as a terrorist organization by the United States Department of State.  It has since been removed from that list.  What once was an organization feared by the U.S. Government for committing murders, fire-bombings, kidnappings, assassinations and engaging in such crimes as drug running, gun smuggling, and assorted white collar crimes... is now so respected that they are allowed to set up their own town, their own government and their own military.

"Let me tell you something," Ali told me.  "If Gilani told everyone, set yourself on fire, everybody would burn themselves.  This has been going on for 30 years.  I call them Modern Warrior Slaves."

What is happening in Islamberg is completely illegal.  What's more, it's an attack against the US Constitution and an insult to every principle of freedom and individual liberty America has ever stood for.

A group of people cannot form a town in America bysimply appointing a bunch of unelected government leaders to be mayors, deputy mayors and council members – all of whom, by the way, are required to believe in one particularreligion; in this case, Islam.  It cannot compel people to live within its town borders, under the threat of harm if they leave.

They cannot mete out punishment, by tying them to tress and whipping them with sticks, for violating laws that were NEVER passed by an elected body and where the accuser is never given a fair trial.  A town cannot exist in America where its own laws fundamentally violate state and federal laws, in this case forced marriages and polygamous relationships.  And forget about a host of state and federal laws that are being violated by a town policy that educates boys, but not the girls.

And what town has its own army – training to engage in a holy war against the United States?

The Town of Islamberg raises a lot of legal questions.  No one is willing to answer them.

Yet, it is clear, the Town of Islamberg does exist despite a host of legal issues that have never been addressed.  It's America's first Islamic government.  Yet, for sure, not the last as MOA continues to spread its camps and villages around the United States.

Osama bin Laden tried to bomb America into submission.  Little did he know he only need to buy property in America and start forming his own Islamic government.  Apparently, it's as simple as that.

Martin Mawyer is the Founder and President of Christian Action Network, a non-profit public advocacy and education group based in Lynchburg, Virginia. He began his career as a freelance journalist and has authored several books, including "Silent Shame," "The Pro-Family Contract With America," "Pathways to Success," and his most recent, "Twilight in America: The Untold Story of Islamic Terrorist Training Camps Inside America." He has produced a number of documentary films, including *Homegrown Jihad, Islam Rising, Sacrificed Survivors and America's Islamic Threat.* Mawyer has appeared on The O'Reilly Factor, Hannity, Larry King Live, Pat Robertson's 700 Club, NBC's Today Show, Entertainment Tonight and Fox and Friends.  His latest book, "Twilight in America," co-authored by Patti A. Pierucci, details the activities of Islamic terrorist training camps scattered throughout the United States. It can be purchased at TwilightInAmerica.com or Amazon.com in book or Kindle version.