# CERTIFICATE OF INCORPORATION

# OF

# THE MUSLIMS OF AMERICA, INC.

Under Article 10 of the Religious Corporation Law

WE, the undersigned, all being persons of full age and a majority of whom are citizens of the United States, and at least one of whom is a resident of the State of New York, pursuant to Article 10 of the Religious Corporation Law of the State of New York hereby certify as follows:

FIRST: A meeting of THE MUSLIMS OF AMERICA, an unincorporated independent religious body was duly called and held in conformity with said article of the Religious Corporation Law, at which meeting a majority of the duly qualified voters, being at least six in number, were present.

SECOND: Said meeting decided that said religious body should become incorporated to engage in any lawful act or activity for which a corporation may be organized under the Religious Corporation Law.

THIRD: The name or title by which said corporation shall be known in law shall be THE MUSLIMS OF AMERICA, INC.

FOURTH: The principal place of worship shall be located at 2732 Roods Creek Road, Hancock, New York, 13783.

FIFTH: The number of Trustees of said corporation shall be three.

SIXTH: That the names and places of residence of the persons to be the Trustees of said corporation are:

Delaware County Clerk
Document Number 186069
01/24/2013 10:59:14 AM



1. Hussein Adams          2732 Roods Creek Road B-1
   President             Hancock, New York 13783

2. Khadijah Smith         2732 Roods Creek Road B-6
   Secretary             Hancock, New York 13783

3. Khadija Salaam         PO Box 92
   Treasurer             Red House, VA 23963

SEVENTH: That said Trustees are to hold office until removal by the Executive Council of The Muslims of America, Inc.

IN WITNESS WHEREOF, we have made, subscribed and acknowledged this Certificate and have hereunto set our hands and affixed our respective seals, this day of 6th January, 2013.

_____
HUSSEIN ADAMS

_____
KHADIJAH SMITH

_____
KHADIJA SALAAM

STATE OF NEW YORK    )
                     ss:
COUNTY OF Delaware )

On the 6th day of January, 2013, appeared personally before me HUSSEIN ADAMS, KHADIJAH SMITH, and KHADIJA SALAAM, to me known and known to me to be the individuals named in and who executed the foregoing certificate, and they thereupon severally, duly acknowledged to me that they executed the same.

_____
Notary Public

TAHIRAH H. CLARK
NOTARY PUBLIC
REG. #02CL6167847
MY COMM. EXP. 06/19/2016
DELAWARE COUNTY
STATE OF NEW YORK

1. Hussein Adams — President
   2732 Roods Creek Road B-1
   Hancock, New York 13783

2. Khadijah Smith — Secretary
   2732 Roods Creek Road B-6
   Hancock, New York 13783

3. Khadija Salaam — Treasurer
   PO Box 92
   Red House, VA 23963

SEVENTH: That said Trustees are to hold office until removal by the Executive Council of The Muslims of America, Inc.

IN WITNESS WHEREOF, we have made, subscribed and acknowledged this Certificate and have hereunto set our hands and affixed our respective seals, this day of 6th January, 2013.

_HUSSEIN ADAMS_

_Khadyah Smith_

State of New York } SS:
Delaware County Clerk's Office }

I DO HEREBY CERTIFY that I have compared the preceding copy of a CERTIFICATE OF INCORPORATION OF THE MUSLIMS OF AMERICA, INC. and the endorsement thereupon with the original filed in this office on January 24, 2013 and that such copy is a correct transcript therefrom, and of the whole of such original.

IN TESTIMONY WHEREOF, I have caused the seal of the County of Delaware to be hereunto affixed, this 3rd day of January, 2014.

_Sharon A. O'Dell_
County Clerk

_Debra Goodrich_
Deputy County Clerk